UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CONVERGENZ, LLC,<br>c/o 1825 K St., NW, Ste. 750<br>Washington, DC 20006<br><br>      Plaintiff,<br><br>v.<br><br>BRAD COOPER,<br>1017 Red Cedar Way<br>Burleson, TX 76028<br><br>CSI IT, LLC<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-01404-LMB-JFA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT OF DEFENDANT CSI IT, LLC**

Pursuant to Local Rule 7.1(A)(1)(b), Defendant CSI IT, LLC discloses that its majority owner is White Wolf Capital LLC.

Dated: April 1, 2022

Respectfully submitted,

 /s/ Brian H. Pandya
Brian H. Pandya (VSB #72233)
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, DC  20004-2166
Tel:  (202) 776-7807 / Fax:  (202) 478-2811
BHPandya@duanemorris.com

James S. Brown (*Pro Hac Vice* to Follow)
DUANE MORRIS LLP
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA  94105-1127
Tel:   (415) 957-3000 / Fax: (415) 957-3001
JamesBrown@duanemorris.com

*Counsel for Defendants,
CSI IT, LLC and Brad Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2022, I electronically filed the foregoing Disclosure Statement of Defendant CSI IT, LLC with the Clerk of Court using the CM/ECF system.  The CM/ECF system will send the document and a notification of such filing (NEF) to all counsel of record.

*/s/ Brian H. Pandya*
Brian H. Pandya